IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO. 3:09-00064 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| NORMAN J. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion to suppress (Docket Entry No. 85) is **DENIED**.

It is so **ORDERED**.

ENTERED this the _18th_ day of April, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court